# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Wilio Isaias Carrillo Carrillo

**Plaintiff,**

**V.**

see attached

**Defendant.**

**Civil Action No.** 26-cv-05802-LEK-BJW

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Petitioner.

**Date:** 11/6/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-05802-LEK-BJ

Christopher J. LaRose
Senior Warden, Otay Mesa Detention Center

Daniel A. Brightman
Field Office Director, San Diego Field Office, ICE Enforcement and Removal Operations

David J. Venturella
Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement

Markwayne Mullin
Secretary of Homeland Security

U.S. Department of Homeland Security

Todd Blanche
Attorney General of the United States

Respondents